435 A.2d 243

Commonwealth v. Foster, Appellant.

Submitted November 14, 1980. Paulette J. Balogh, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before SPAETH, JOHNSON and POPOVICH, JJ.

Judgment of sentence entered October 11, 1979 is affirmed.